# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF IOWA, et al.,<br><br>*Petitioners,*<br><br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>*Respondent.* | No. 24-1633<br><br>*Consolidated with*<br>*Nos. 24-1522, 24-1623, 24-1624,*<br>*24-1626, 24-1627, 24-1628, 24-1631,*<br>*24-1634, 24-1685* |

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS THIS PETITION UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(B)

The Sierra Club and Sierra Club Foundation (Sierra Club Petitioners), the petitioners in Case No. 24-1633, move to voluntarily dismiss their petition for review under Federal Rule of Appellate Procedure 42(b).

The Securities and Exchange Commission (SEC) adopted its rule titled "The Enhancement and Standardization of Climate-Related Disclosures for Investors" (Final Rule) on March 6, 2024. *See The Enhancement and Standardization of Climate-Related Disclosures for Investors*, Release No. 33-11275 (Mar. 6, 2024); *see also* 89 Fed. Reg. 21,668 (Mar. 28, 2024). Petitioners filed a petition for review in the U.S. Court of Appeals for the District of Columbia Circuit on March 13, 2024. The Court granted a motion to intervene filed by a group of state attorneys general (State Respondent-Intervenors) on April 29, 2024. Petitioner briefs in these

1

consolidated cases are due June 14, 2024.

The Sierra Club and the Sierra Club Foundation manage millions of dollars in investments for their respective organizations and employee retirement plans. The Sierra Club also has members and supporters who have significant investments of their own. As investors, the Sierra Club and its members and the Sierra Club Foundation rely on information on publicly traded companies' vulnerability to climate-related risks, including greenhouse gas emissions, to properly manage their investments. The Sierra Club Petitioners believe the Final Rule makes needed improvements to disclosure requirements that will better inform them of the financial risks companies face from climate change and that are well within the SEC's authority to require. However, we sought review of several discrete deficiencies in the rule. Although those deficiencies remain, the Sierra Club Petitioners now believe that focusing our resources on advocating for improved investor protections outside of court, while also supporting efforts to defend the SEC's fundamental authority to require disclosure of climate-based risks, is the most effective way to ensure investors have the information they need to properly evaluate companies' exposure to such risks and thus effectively manage their asset portfolios.

Counsel for the Securities and Exchange Commission and counsel for the State-Respondent Intervenors have consented to this voluntary dismissal, with the

2

parties to bear their own costs.

## CONCLUSION

The Sierra Club Petitioners request that this Court dismiss this petition under Federal Rule of Appellate Procedure 42(b), with the parties to bear their own costs.

Dated: May 31, 2024

Respectfully submitted,

*/s/ Hana Vizcarra*
Hana Vizcarra
Adrienne Lee
Deena Tumeh
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500
hvizcarra@earthjustice.org
alee@earthjustice.org
dtumeh@earthjustice.org
*Counsel for Sierra Club and Sierra Club Foundation*

*/s/ Andres Restrepo* [by permission]
Andres Restrepo
Sierra Club
50 F Street, NW, Eighth Floor
Washington, DC 20001
(856) 240-0964
Andres.Restrepo@sierraclub.org
*Counsel for Sierra Club*

# CERTIFICATE OF COMPLIANCE

I certify that this response complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 375 words.

*/s/ Hana Vizcarra*
Hana Vizcarra

# CERTIFICATE OF SERVICE

I certify that on May 31, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*/s/ Hana Vizcarra*
Hana Vizcarra
