# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1633
_____

Sierra Club; Sierra Club Foundation

Petitioners

v.

United States Securities and Exchange Commission

Respondent

District of Columbia; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maryland; State of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington; State of Wisconsin

Intervenors

------

Petition for Review of an Order of the Securities & Exchange Commission
(Release No 33-11275)
(Release No 34-99678)
(File No. S7-10-22)

------

## JUDGMENT

Petitioners' motion to dismiss the petition for review is granted. The petition is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

June 06, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　/s/ Maureen W. Gornik